1  Alan Nakazawa, State Bar No. 84670
   alan.nakazawa@cnc-law.com
2  COGSWELL NAKAZAWA & CHANG, LLP                     JS-6
   444 West Ocean Boulevard, Suite 1410
3  Long Beach, California 90802-8131
   Telephone (562) 951-8668
4  Facsimile: (562) 951-3933

5  Attorneys for Plaintiffs COSCO CONTAINER
   LINES CO., LTD. and COSCO CONTAINER
6  LINES AMERICAS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSCO CONTAINER LINES CO., LTD. and COSCO CONTAINER LINES AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL TERMINALS INTERNATIONAL, LLC, <br><br> Defendant. | CASE NO.: 15-CV-09107 PJW <br><br> IN ADMIRALTY <br><br> ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> [Fed. R. Civ. P. §41] |
| TOTAL TERMINALS INTERNATIONAL, LLC, <br><br> Third Party Plaintiff, <br><br> v. <br><br> KENNEDY TRANSPORTATION, INC., <br><br> Third Party Defendant. | |
| KENNEDY TRANSPORTATION, INC. <br><br> Third Party Plaintiff, <br><br> v. <br><br> CYBERLOGITEC AMERICA, INC. <br><br> Third Party Defendant. | |

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the Stipulation For Dismissal Of The Entire Action With Prejudice filed by the parties, the Court hereby orders that the entire action, including all Third Party Complaints, be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 5, 2017    _____
                       UNITED STATES MAGISTRATE JUDGE